**IT IS ORDERED as set forth below:**



**Date: October 24, 2016**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| **MOSES JOE ADIEU**, | : | CASE NO. **16-65847**-WLH |
| Debtor. | : | |
| MB FINANCIAL BANK, | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| MOSES JOE ADIEU, Debtor; and TAMARA MILES OGIER, Trustee, | : | |
| Respondents. | : | |

**ORDER**

This matter came on for hearing October 20, 2016, on the *Motion for Relief from*

*Automatic Stay* filed by MB Financial Bank ("Motion")("Movant").  Movant claims a security interest in Debtor's vehicle: 2013 Can AM Spyder RT-S SE5 (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO, P.C.
Attorneys for Movant


By:  \_\_\_\_\_/s/_____
   Philip L. Rubin
   Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Moses Joe Adieu
60 Arcado
Lilburn, GA 30047

Craig Z. Black
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North
Suite 201
Atlanta, GA 30346

Tamara Miles Ogier
Chapter 7 Trustee
170 Mitchell Street SW
Atlanta, GA 30303