**IT IS ORDERED as set forth below:**



**Date: November 29, 2016**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-65847-WLH |
| | ) | |
| MOSES JOE ADIEU, | ) | CHAPTER 7 |
| a/k/a Moussa Ba, | ) | |
| | ) | JUDGE WENDY L. HAGENAU |
| Debtor. | ) | |
| | ) | |
| MOSES JOE ADIEU, | ) | |
| a/k/a Moussa Ba, | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISCOVER BANK, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AVOIDING LIEN

Pursuant to 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 4003(d), the Debtor moved for an order avoiding a lien held by the Respondent against property of the Debtor claimed as exempt. Counsel for the Debtor or Debtor has certified that the motion and the notice of the motion

1

required by Bankruptcy Local Rule 6008 were served on the Respondent in accordance with Fed. R. Bankr. P. 9014.  Respondent has not filed a response or otherwise indicated any opposition to the motion, which is deemed to be unopposed under BLR 6008-2.  Accordingly, it is

ORDERED that the Debtor's motion is GRANTED.  The lien held by Respondent on property claimed as exempt by the Debtor is avoided to the extent such lien impairs the exemption, subject to 11 U.S.C. §§ 349 and 522(c) in the event of a dismissal.

The Clerk's Office is hereby directed to serve a copy of this Order on the Debtor, attorney for the Debtor, attorney for the Respondent, and the Trustee.

### END OF ORDER ###

## DISTRIBUTION LIST

Moses Joe Adieu
60 Arcado Rd.
Liburn, GA 30047

The Semrad Law Firm, LLC
Sterling Point II, Ste. 201
303 Perimeter Center North
Atlanta, GA 30346

Tamara Miles Ogier
Chapter 7 Trustee
170 Mitchell St. SW
Atlanta, GA 30303

Discover Bank
502 E. Market St.
Greenwood, DE 19950

Discover Bank
c/o David W. Nelms, CEO
502 E. Market St.
Greenwood, DE 19950